UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JOSEPH YOUNG,<br><br>               Plaintiff,<br><br>    v.<br><br>JEFF LYNCH, et al.,<br><br>               Defendants. | No.  2:22-cv-0487 KJM DB P<br><br>ORDER |

On August 31, 2022, this court dismissed without prejudice this case for plaintiff's failure to prosecute and failure to comply with court orders.  ECF No. 13.  On May 17, 2023, plaintiff filed a declaration stating that at the time of the court's prior orders plaintiff did not have access to his legal documents and therefore could not comply.  ECF No. 15.  In light of plaintiff's declaration, the court **directs the Clerk of the court to reopen this case and refers the matter back to the magistrate judge for all further pre-trial proceedings.**

This order resolves ECF No. 15

IT IS SO ORDERED.

DATED:  June 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1