UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JOSEPH YOUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFF LYNCH, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-0487 KJM DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. Plaintiff has filed a document entitled "Plaintiff's First Request for Production of Documents." Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

　　　　In addition, plaintiff's request for discovery is premature. Defendants have not yet waived service of the complaint so have not yet appeared in this action. After defendants have appeared and filed a response to the complaint, this court will issue a Discovery and Scheduling Order. Discovery will be appropriate after that order is issued.

////

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's First Request for Production of
2   Documents (ECF No. 23) will be placed in the court file and disregarded.
3   Dated: July 27, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/youn0487.411